NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                             Criminal Number  15-MJ-00318

Mustafa Al-Imam
           (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[X] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Matthew Peed (No. 503328)
(Attorney & Bar ID Number)

Clinton Brook & Peed
(Firm Name)

1455 Pennsylvania Ave., NW Suite 400
(Street Address)

Washington, DC 20004
(City)    (State)    (Zip)

(202) 621-1828
(Telephone Number)